THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MARSHALL, Appellant, v.

Joseph H. Wilson, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied.